# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00230-KJD-NJK |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| HECTOR RIVERA-VALDEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

Upon Motion of the Government and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Leave of Court is granted for the Government's dismissal without prejudice of the Indictment in the above captioned case that was filed on August 1, 2018, against defendant Hector Rivera-Valdez.

Therefore, the Indictment in the above captioned case is hereby ordered dismissed without prejudice.

DATED this  12th  day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE